# EXHIBIT A

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE
**CUSTOMS BOND**
19 CFR Part 113

OMB No. 1515-0144

**611853**

OCT 24 2002

CUSTOMS USE ONLY — BOND NUMBER (Assigned by Customs): 4002 7390 3
FILE REFERENCE:

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

**Execution Date:** 10/23/02

### SECTION I — Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces

| | | | |
|---|---|---|---|
| ☐ SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Transaction district & port code: 4601 |
| ☒ CONTINUOUS BOND | Effective date: 10/26/02 | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the time period and manner prescribed in the Customs Regulations. | |

### SECTION II — This bond includes the following agreements.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☒ 1 | Importer or broker ............ 113.62 | $50,000.00 | ☐ 5 | Public Gauger ................. 113.67 | |
| ☐ 1a | Drawback Payment Refunds ...... 113.65 | | ☐ 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) ... 113.68 | |
| ☐ 2 | Custodian of bonded merchandise ...... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | | ☐ 7 | Bill of Lading (Single Entry Only) ... 113.69 | |
| | | | ☐ 8 | Detention of Copyrighted Material (Single Entry Only) ........... 113.70 | |
| ☐ 3 | International Carrier ............ 113.64 | | | | |
| ☐ 3a | Instruments of International Traffic ... 113.66 | | ☐ 9 | Neutrality (Single Entry Only) ..... 113.71 | |
| ☐ 4 | Foreign Trade Zone Operator ....... 113.73 | | ☐ 10 | Court Costs for Condemned Goods (Single Entry Only) ........... 113.72 | |

### SECTION III — List below all tradenames of unincorporated divisions that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s).

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s). Principal(s) further agree to reimburse surety and/or its agents any amount paid to U.S. Customs on behalf of the principal(s) and to pay all collection fees and legal costs in the recovery of payments made by the surety and/or its agents to U.S. Customs.
Principal and surety agree that they are bound to the same extent as if they are executed a separate bond covering each set of conditions.

Incorporated by reference to the Customs Regulations into this bond. If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court and to the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
AVALON RISK MANAGEMENT, INC.
General Agent for
Aegis Security Insurance Company
3315 East Algonquin Road, Suite 340
Rolling Meadows, IL 60008

**PRINCIPAL**
Name and Address:
Linyi Sanshan Import & Export Co., Ltd.
16 Zhongxing North Road
Shandong      China

Importer No.: [REDACTED]
SIGNATURE: Nico O'Toole AIF
SEAL

**PRINCIPAL**
Name and Address:
Importer No.:
SIGNATURE:
SEAL

**SURETY**
Name and Address:
AEGIS SECURITY INSURANCE COMPANY
(a Pennsylvania Corporation)
P.O. Box 3153
Harrisburg, PA 17105

Surety No.: 032
SIGNATURE: Gary C. Bhojwani
POWER OF ATTORNEY LIMITED TO $1,000,000
Attorney-in-fact

**SURETY**
Name and Address:
Surety No.:
SIGNATURE:
SEAL

**SURETY AGENTS**
Name: GARY C. BHOJWANI
Identification No.: [REDACTED]
Name:
Identification No.:

PART I-U.S. CUSTOMS

Customs Form 301 (013098)