# EXHIBIT B

DEPARTMENT OF U.S. TREASURY
UNITED STATES CUSTOMS SERVICE

| | | |
|---|---|---|
| (1) Entry No. JN7 0331957-4 | (2) Entry Type Code 03 ABI/A | (3) Entry Summary Date 1/27/04 |
| 4. Entry Date 1/16/04 | (5) Port Code 5201 | 46742124 |
| 6. Bond No. 032 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 331827 |

483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

9. Ultimate Consignee Name and Address

GARLIC KING CORP.
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

10. Consignee No. 54-2114082

(11) Importer of Record Name and Address

LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

(12) Importer No. [REDACTED]

(13) Exporting Country: CN
(14) Export Date: 12/01/03
(16) Country of Origin: CN
(16) Missing Documents
(17) I.T. No.
(18) I.T. Date

STATE: FL

(19) B L or AWB No. OOLU84824390
20. Mode of Transportation 11
21. Manufacturer I.D. [REDACTED]
22. Reference No.

(23) Importing Carrier KATSURAGI
24. Foreign Port of Lading 57047
25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING CO 2020 PORT BOULEVARD MIAMI

26. U.S. Port of Unlading 5201
(27) Import Date 12/29/03

(28) Line No. | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | (29) Description of Merchandise / (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | (35) Duty and I.R. Tax Dollars Cents

Mfst Qty:  2400 CTNS    Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00 KG

A570-831-[REDACTED]    Surety #032   Liqd per DOC
Merchandise Processing Fee                dated
Harbor Maintenance Fee

Inv Value : [REDACTED]
NDC       : [REDACTED]
Ent Value : [REDACTED]

R/A
Issue bill
Dbl ADD, no reimb
stmt.

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee     (501)
TOTAL
TOTAL ENTERED VALUE

PLUS INTEREST
AS OF: 1/27/04

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

A. Liq. Code 526
ADD

GATEWAY CLEARANCE, ATTORNEY-IN-FACT

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

| 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| JN7 0331858-2 | 03 ABI/A | 1/27/04 |
| 4. Entry Date | 5. Port Code | 46742525 |
| 1/16/04 | 5201 | |
| 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. |
| 032 | 8 | 331858 |

MFG
not subject
to inj

9. Ultimate Consignee Name and Address

GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

| 10. Consignee No. | 11. Importer of Record Name and Address | 12. Importer No. |
|---|---|---|
| 54-2114082 | LINYI SANSHAN IMPORT & EXPORT CO. 16 ZHONGXING NORTH ROAD SHANDONG CHINA (MAINLAND) | [REDACTED] |
| | 13. Exporting Country CN | 14. Export Date 12/08/03 |
| | 15. Country of Origin CN | 16. Missing Documents |
| STATE FL | 17. I.T. No. | 18. I.T. Date |

| 19. B/L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| 00LU84824580 | 11 | [REDACTED] | |
| 23. Importing Carrier CAPE MAY | 24. Foreign Port of Lading 57047 | 25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING C 2020 PORT BOULEVARD MIAMI | |
| 26. U.S. Port of Unlading 5201 | 27. Import Date 1/06/04 | | |

| 28. Line No. | 29. Description of Merchandise / 30.A T.S.U.S.A. No. B. ADA CVD Case No. / 31.A Gross Weight B. Manifest Qty. / 32. Net Quantity in T.S.U.S.A. Units | 33.A Entered Value B. CHGS C. Relationship | 34.A T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|

Mfst Qty:   1763 CTNS          Invoice 001

001 GARLIC, FRESH WHOLE BULBS
    0703.20.0010      24500      24000.00K

A570-831-[REDACTED]  Surety #032  [Paid on DOC]
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value  :  [REDACTED]
NDC        :  [REDACTED]
Ent Value  :  [REDACTED]

R/A w/bill – no reimburs
Dbl ADD – stmt

BLOCK 39 SUMMARY
Merchandise Processing Fee  (499)
Harbor Maintenance Fee      (501)
TOTAL
TOTAL ENTERED VALUE

PLUS INTEREST
AS OF: 1/27/04

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[ ] importer of record and that the actual
    owner, purchaser, or consignee for customs   OR   [ ] owner or purchaser or
    purposes is as shown above.                            agent thereof.
I further declare that the merchandise
[ ] was obtained pursuant to a purchase or              [ ] was not obtained pursuant to a purchase or
    agreement to purchase and that the prices  OR           agreement to purchase and the statements
    set forth in the invoice are true.                      in the invoice as to value or price are true
                                                            to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge
and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and
are true and correct, and that all goods or services provided to the seller of the merchandise either free
or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any
information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that impor-
ters/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount
of money, to enforce other agency requirements, and to collect accurate statistical information on imports.
Your response is mandatory.

| U.S. CUSTOMS USE | TOTALS |
|---|---|
| A. Liq. Code  526 | [REDACTED] |
| ADD | |

37. Signature of Declarant, Title, and Date
GATEWAY CLEARANCE, ATTORNEY-IN-FACT

RECORD                                    Customs Form 7501 (030994)

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| 1. Entry No. | N7 0331854-1 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 1/27/04 |
| 4. Entry Date | 1/16/04 |
| 5. Port Code | 5201 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 331854 |

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

46742526
483

9. Ultimate Consignee Name and Address
GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

10. Consignee No.   94-2114082

11. Importer of Record Name and Address
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

Note 1/30/04 (MFG not subject to inj)

13. Exporting Country: CN
14. Export Date: 11/23/03
15. Country of Origin: CN
16. Missing Documents:
STATE: FL
17. I.T. No.
18. I.T. Date

19. B/L or AWB No.   OOLU84823710
20. Mode of Transportation: 11
21. Manufacturer I.D.
22. Reference No.

23. Importing Carrier: PENINSULAR B
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO, 2020 PORT BOULEVARD, MIAMI
26. U.S. Port of Unlading: 5201
27. Import Date: 12/24/03

29. Description of Merchandise

| 28. Line No. | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax |
|---|---|---|---|---|---|---|

Mfst Qty:   1763 CTNS            Invoice 001

001 GARLIC, FRESH WHOLE BULBS
    0703.20.0010        24500        24000.00 KG

A570-831-■   Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value   :
NDC         :
Ent Value   :

R/A  Issue Bill
ADD - no reim
stmt.

BLOCK 39 SUMMARY
Merchandise Processing Fee  (499)
Harbor Maintenance Fee      (501)
TOTAL
TOTAL ENTERED VALUE

PLUS INTEREST
AS OF: 1/27/04

30. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above,  OR  ☐ owner or purchaser or agent thereof.
I further declare that the merchandise
☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true,  OR  ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE
A. Liq. Code   526
A-DD

41. Signature of Declarant, Title, and Date
GATEWAY CLEARANCE, ATTORNEY-IN-FACT

TOTALS

RECORD

Customs Form 7501 (030884)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

483

| Field | Value |
|---|---|
| 1. Entry No. | JN7 0331856-5 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 1/27/04 |
| 4. Entry Date | 1/16/04 |
| 5. Port Code | 5201 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | B |
| 8. Broker/Importer File No. | 331855 |

46742527

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

9. Ultimate Consignee Name and Address
GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

10. Consignee No. 54-2114082

11. Importer of Record Name and Address
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

13. Exporting Country: CN
14. Export Date: 12/01/03
15. Country of Origin: CN
17. State: FL

19. B/L or AWB No.: OOLU64824380
20. Mode of Transportation: 11
23. Importing Carrier: KATSURAGI
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: L239 – PORT OF MIAMI TERMINAL OPERATING CO 2020 PORT BOULEVARD MIAMI
26. U.S. Port of Unlading: 5201
27. Import Date: 12/29/03

Mfst Qty: 2400 CTNS
Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00 KG

A570-831-[REDACTED]   Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value :
NDC :
Ent Value :

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee (501)
TOTAL
TOTAL ENTERED VALUE

Handwritten notes: "Not subject to ID", "R/A Liq N/bill dbl anti dumping duty No reimbursement PLUS INTEREST AS OF: 1/27/04"

A. Liq. Code: 526

36. Declaration of Importer of Record
Signature: GATEWAY CLEARANCE, ATTORNEY-IN-FACT

Customs Form 7501 (080984)
RECORD

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| 1. Entry No. | IN7 0331868-1 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 1/27/04 |
| 4. Entry Date | 1/23/04 |
| 5. Port Code | 5201 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 331868 |

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

9. Ultimate Consignee Name and Address
AMERICAN FRUIT AND PRODUCE CORP.
12805 NW 42 AVENUE
OPA LOCKA, FL 33054

10. Consignee No. 59-2301096

11. Importer of Record Name and Address
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

13. Exporting Country: CN
14. Export Date: 12/22/03
15. Country of Origin: CN

ELECT ___ FL
STATE

19. B L or AWB No.: POCLTAO30068167
20. Mode of Transportation: 11
23. Importing Carrier: KITANO
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO, 2020 PORT BOULEVARD, MIAMI
26. U.S. Port of Unlading: 5201
27. Import Date: 1/20/04

Mfst Qty:  1763 CTNS       Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010       24500       24000.00K

A570-831-      Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value :
NDC :
Ent Value :

PERISHABLE

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee (501)
TOTAL
TOTAL ENTERED VALUE

A. Liq. Code: 526
ADD

Signature of Declarant: GATEWAY CLEARANCE, ATTORNEY-IN-FACT

Customs Form 7501

RECORD

UNITED STATES CUSTOMS SERVICE

483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

| (1.) Entry No. | (2.) Entry Type Code | (3.) Entry Summary Date |
|---|---|---|
| JN7 0331855-8 | 03 ABI/A | 1/27/04 |
| 4. Entry Date | (5.) Port Code | 46242529 |
| 1/16/04 | 5201 | |
| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |
| 032 | 8 | 331855 |

9. Ultimate Consignee Name and Address

GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

NOT SUBJ (not subject to IM)

| 10. Consignee No. | (11.) Importer of Record Name and Address | (12.) Importer No. |
|---|---|---|
| 54-2114082 | LINYI SANSHAN IMPORT & EXPORT CO. 16 ZHONGXING NORTH ROAD SHANDONG CHINA (MAINLAND) | ■ |
| | (13.) Exporting Country CN | 14. Export Date 11/23/03 |
| FL STATE | (15.) Country of Origin CN | 16. Missing Documents |
| | (17.) I.T. No. | (18.) I.T. Date |

| (19.) B.L. or AWB No. OOLU84823720 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. ■ | 22. Reference No. |
|---|---|---|---|
| (23.) Importing Carrier PENINSULAR B | 24. Foreign Port of Lading 57047 | 25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING CO 2020 PORT BOULEVARD MIAMI | |
| 26. U.S. Port of Unlading 5201 | (27.) Import Date 12/24/03 | | |

| (28.) Line No. | (29.) Description of Merchandise 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32.) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | (35.) Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|

Mfst Qty: 1763 CTNS      Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010      24500      24000.00K

A570-831-■  Surety #032  Liqd per Doc
Merchandise Processing Fee      dated
Harbor Maintenance Fee

Inv Value :
NDC       :
Ent Value :

R/A  Liq. with bill
Dbl ADD - no ■
Stmt.

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee      (501)
TOTAL
TOTAL ENTERED VALUE

PLUS INTEREST
AS OF: 1/27/04

(36.) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

A. Liq. Code
526
ADD

(41.) Signature of Declarant, Title, and Date
GATEWAY CLEARANCE, ATTORNEY-IN-FACT

RECORD      Customs Form 7501 (030954)

428
483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

| Field | Value |
|---|---|
| 1. Entry No. | JN7 0331853-3 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 1/27/04 |
| 4. Entry Date | 1/16/04 |
| 5. Port Code | 5201 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 331853 |

46242530

9. Ultimate Consignee Name and Address

GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

10. Consignee No. 54-2114082

11. Importer of Record Name and Address

LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

13. Exporting Country: CN
14. Export Date: 11/23/03
15. Country of Origin: CN
16. Missing Documents:

STATE: FL

19. B/L or AWB No.: OOLU84623650
20. Mode of Transportation: 11
21. Manufacturer I.D.:
22. Reference No.:

23. Importing Carrier: PENINSULAR B
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO
2020 PORT BOULEVARD
MIAMI

26. U.S. Port of Unlading: 5201
27. Import Date: 12/24/03

Mfst Qty: 2400 CTNS

Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00KG

A570-831-    Surety #032  Liquidated
Merchandise Processing Fee   msg #
Harbor Maintenance Fee        dated

Inv Value :
NDC       :
Ent Value :

R/A  Liq. with bill  mnt.
Jbl ADD no reimb

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee     (501)
TOTAL
TOTAL ENTERED VALUE

A. Liq. Code: 526
ADD

41. Signature of Declarant: GATEWAY CLEARANCE, ATTORNEY-IN-FACT

RECORD

Customs Form 7501 (030984)

| | | |
|---|---|---|
| Gateway Clearance<br>8292 Northwest 14th St.<br>Miami, FL 33126 | 1. Entry No. UN7 0331859-0<br>4. Entry Date 1/16/04<br>6. Bond No. 032 | 2. Entry Type Code 03 ABI/A<br>5. Port Code 5201<br>7. Bond Type Code B |
| 3. Entry Summary Date 1/27/04  4624253/ | | 428 / 483 |

9. Ultimate Consignee Name and Address

GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

10. Consignee No. 54-2114082

11. Importer of Record Name and Address

LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

12. Importer No. [REDACTED]

8. Broker/Importer File No. 331859

13. Exporting Country: CN
14. Export Date: 2/08/03
15. Country of Origin: CN
STATE: FL

19. B L or AWB No. OOLU84850210
20. Mode of Transportation: 11
21. Manufacturer I.D. [REDACTED]

23. Importing Carrier: CAPE MAY
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING CO
2020 PORT BOULEVARD
MIAMI

26. U.S. Port of Unlading: 5201
27. Import Date: 1/06/04

29. Description of Merchandise

Mfst Qty: 1763 CTNS    Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00KG

A570-831-    Surety #032   Liq per DOC
Merchandise Processing Fee     message #
Harbor Maintenance Fee        dated

Inv Value  :
NDC        :
Ent Value  :

R/A  Liq with bill

dbl ADD
no reimb
stmt.

BLOCK 39 SUMMARY
Merchandise Processing Fee  (499)
Harbor Maintenance Fee      (501)
TOTAL
TOTAL ENTERED VALUE

A. Liq. Code  526

ADD

Signature: GATEWAY CLEARANCE, ATTORNEY-IN-FACT

RECORD                                Customs Form 7501 (030984)

Handwritten notes: "MR 3/10", "Mfg not subject to inj"

# DEPARTMENT OF THE TREASURY — UNITED STATES — ENTRY SUMMARY

| Field | Value |
|---|---|
| Filer | Feinstein & Norris, Inc  H02 |
| | CH.BOX # B17 / AIRPORT # A26 |
| | P.O. Box 60387 AMF |
| | Houston TX 77205 |
| 1. Entry No. | 0215268-4 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 02/06/2004  668 |
| 4. Entry Date | 01/28/2004 |
| 5. Port Code | 5301 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 0002  215268 RVJ |

**9. Ultimate Consignee Name and Address**
AMERICAN FRUIT AND PRODUCE CORP
12805 NW 42ND AVE
OPA LOCKA FL 33054

A-570-831-[REDACTED]
Liquidate per DOC msg
SEE NOTE

**10. Consignee No.** 59-2301096OO

**11. Importer of Record Name and Address**
LINSA
LINYI SANSHAN IMPORT EXPORT CO LTD
N16 ZHONGXING NORTH ROAD
SHANDONG FN

**12. Importer No.** [REDACTED]

| Field | Value |
|---|---|
| 13. Exporting Country | CN |
| 14. Export Date | 11/29/2003 |
| 15. Country of Origin | CN |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | POCLTA030068086 |
| 20. Mode of Transportation | 11 |
| 21. Manufacturer I.D. | [REDACTED] |
| 22. Reference No. | 03/04/04 |
| 23. Importing Carrier | CMA CGM ALBATROS  3728  POCL |
| 24. Foreign Port of Lading | 57047 |
| 25. Location of Goods/G.O. No. | S787 BARBOURS CUT TERMINAL |
| 26. U.S. Port of Unlading | 5301 |
| 27. Import Date | 12/30/2003 |

ENT: 2-26-2004

### 29. Description of Merchandise

| 28. Line No. | 30.A T.S.U.S.A. No. / B. ADA CVD Case No. | 31.A Gross Weight / B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33.A Entered Value / B. CHGS / C. Relationship | 34.A TSUSA Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | M POCLTA030068086 FRESH GARLIC 1763 CTNS Invoice Number - 200311240 GARLIC, FRESH WHOLE BULBS 0703.20.0010   24500 | | 1763 CTNS  24000 KG | [REDACTED] | | | |
| | A570-831-[REDACTED] Liquidate per DOC msg (Surety #032) Merchandise Processing Fee I.V. E.V. | | | [REDACTED] | | | |
| | Harbor Maintenance | | | | | [REDACTED] | |
| | Block 39 Summary Merchandise Processing Fee   499 Harbor Maintenance   501 Total: | | | | | | |
| | | | Total Entered Value | ✓ | ✓ | | |

### 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

[X] I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.
OR
[ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.
OR
[ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

** Last Page **

**41. Signature of Declarant, Title, and Date**
Feinstein & Norris   01/28/2004

U.S. CUSTOMS USE | TOTALS

RECORD

Customs Form 7501 (030984)

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**
**ENTRY SUMMARY**

Feinstein & Norris, Inc   H02
CH BOX # B17 / AIRPORT # A26
P.O. Box 60387 AMF
Houston TX 77205

| Field | Value |
|---|---|
| 1. Entry No. | 0215254-4 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 02/05/2004  668 |
| 4. Entry Date | 01/27/2004 |
| 5. Port Code | 5301 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 0002  215254 RVJ |

9. Ultimate Consignee Name and Address
AMERICAN FRUIT AND PRODUCE CORP
12805 NW 42ND AVE
OPA LOCKA FL 33054

A-570-831-

10. Consignee No. 59-230109600

11. Importer of Record Name and Address
LINSA
LINYI SANSHAN IMPORT EXPORT CO LTD
N16 ZHONGXING NORTH ROAD
SHANDONG FN

12. Importer No. [REDACTED]

13. Exporting Country  CN
14. Export Date  11/01/2003
15. Country of Origin  CN
16. Missing Documents
17. I.T. No.
18. I.T. Date

SEE NOTE   NRS

| 19. B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| POCLTA030067591 | 11 | [REDACTED] | |
| 23. Importing Carrier  3724 CMA CGM SEAGULL  POCL | 24. Foreign Port of Lading  57047 | 25. Location of Goods/G.O. No.  S787 BARBOURS CUT TERMINAL | |
| 26. U.S. Port of Unlading  5301 | 27. Import Date  11/29/2003 | lot: 2-11-2004 | |

| 28. Line No. | 30. A. T.S.U.S.A. No.  B. ADA CVD Case No. | 31. A. Gross Weight  B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value  B. CHGS  C. Relationship | 34. A. T.S.U.S.A. Rate  B. ADA/CVD Rate  C. I.R.C Rate  D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | M POCLTA030067591  H PSTA00311006  FRESH GARLIC  2082 CTNS  Invoice Number - 20031024B  GARLIC, FRESH WHOLE BULBS  0703.20.0010  A570-831-  (Surety #032)  Merchandise Processing Fee  I.V  E.V. | 2082 CTNS  24500 | 24000 KG | | Liquidate per DOC msg | | |

Harbor Maintenance

Block 39 Summary
Merchandise Processing Fee  499
Harbor Maintenance  501
Total:

Total Entered Value

** Last Page **

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent
I declare that I am the
[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.
OR [ ] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.
OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE   TOTALS

41. Signature of Declarant, Title, and Date
Feinstein & Norris     01/28/2004

RECORD                  Customs Form 7501 (030984)

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE | ENTRY SUMMARY | 46763694 |

Feinstein & Norris, Inc   H02
CH BOX # B17 / AIRPORT # A26
P.O. Box 60387 AMF
Houston TX 77205

1. Entry No.: 0215268-4
2. Entry Type Code: 03 ABI/A
3. Entry Summary Date: 02/06/2004   668
4. Entry Date: 01/28/2004
5. Port Code: 5301
6. Bond No.: 052
7. Bond Type Code: 8
8. Broker/Importer File No.: 0002   215268 RVJ

9. Ultimate Consignee Name and Address:
AMERICAN FRUIT AND PRODUCE CORP
12805 NW 42ND AVE
OPA LOCKA FL 33054
A-570-831-

10. Consignee No.: 57-230109600

11. Importer of Record Name and Address:
LINBA
LINYI SANSHAN IMPORT EXPORT CO LTD
N16 ZHONGXING NORTH ROAD
SHANDONG FN

12. Importer No.: [REDACTED]

Liquidate per DOC msg

13. Exporting Country: CN
14. Export Date: 11/29/2003
15. Country of Origin: CN
16. Missing Documents:

SEE NOTE       STATE       INR>

17. I.T. No.:
18. I.T. Date:

19. B L or AWB No.: POCLTAD30068086
20. Mode of Transportation: 11
21. Manufacturer I.D.: [REDACTED]
22. Reference No.: 03/04/04

23. Importing Carrier: 3728   CMA CGM ALBATROS   POCL
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: S787 BARDOURS CUT TERMINAL

26. U.S. Port of Unlading: 5301
27. Import Date: 12/30/2003

ENT: 2-26-2004

Deem liquidated by operation of law on [REDACTED]. The suspension of liquidation was lifted on [REDACTED] but the entry was not liquidated within the required time period following removal of the suspension.
Message#: [REDACTED]   Initials: DKS, Date: 09/22/2014.
Authority 19 USC 1504(d) / ITC.

VA1083500

38. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent
[X] I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.  OR  [ ] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.  OR  [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

41. Signature of Declarant, Title, and Date: Feinstein & Norris   01/28/2004

** Last Page **   RECORD   Customs Form 7501 (030984)

**DEPARTMENT OF THE TREASURY — UNITED STATES CUSTOMS SERVICE — ENTRY SUMMARY** — 46763695

Feinstein & Norris, Inc  #02
CH BOX # B17 / AIRPORT # A26
P.O. Box 60387 AMF
Houston TX 77205

1. Entry No.: 02152254-4
2. Entry Type Code: 03 / AD/A
3. Entry Summary Date: 02/00/2004  666
4. Entry Date: 01/27/2004
5. Port Code: 5301
6. Bond No.: 032
7. Bond Type Code: 8
8. Broker/Importer File No.: 0002  215254 RVJ

8. Ultimate Consignee Name and Address:
AMERICAN FRUIT AND PRODUCE CORP
12805 NW 42ND AVE
OPA LOCKA FL 33054

A-570-831-

10. Consignee No.: 59-250109600
11. Importer of Record Name and Address:
LINBA
LINYI SANSHAN IMPORT EXPORT CO LTD
N16 ZHONGXING NORTH ROAD
SHANDONG FN

13. Exporting Country: CN
14. Export Date: 11/01/2003
15. Country of Origin: CN
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:

STATE: TX   CNBS
SEE NOTE

19. B/L or AWB No.: POCLTAD30067591
20. Mode of Transportation: 11
21. Manufacturer I.D.:
22. Reference No.:

23. Importing Carrier: CMA CGM SEAGULL   37.24   POCL
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: S787 BARBOURS CUT TERMINAL

26. U.S. Port of Unlading: 5301
27. Import Date: 11/29/2003

lot; 2-11-2004

28. Line No. | 30A. T.S.U.S.A. No. / 30B. ADA CVD Case No. | 31A. Gross Weight / 31B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33A. Entered Value / B. CHGS / C. Relationship | 34A. T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C. Rate / D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents

M POCLTAD30067591   H PSTA00311006   2082 CTNS
FRESH GARLIC

Deem liquidated by operation of law on ▮▮▮▮▮. The suspension of liquidation was lifted on ▮▮▮▮▮ but the entry was not liquidated within the required time period following removal of the suspension. Message#: ▮▮▮▮▮ Initials: DKS, Date: 09/22/2014.
Authority 19 USC 1504(d) / ITC.

A 1083500

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

41. Signature of Declarant, Title, and Date: Feinstein & Norris   01/20/2004

** Last Page **

RECORD

Customs Form 7501 (030884)