# EXHIBIT C



# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1345 |

| | |
|---|---|
| Importer Number: | ▮ |
| Bill Number: | 467425240 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318574 | | ▮ | ▮ |

| | | |
|---|---|---|
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | **229402.54** |
| Amount Due After   11-01-14   (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____     Surety Code _____032_____

Interest Rate Effective _____10-01-11_____     3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/     CBP Form 6084 (07/11)

------------------------------------------------------------

**PAYER'S COPY**

PRINT DATE 10/06/2014

### Enclose this portion with remittance

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: _____467425240_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467425240100314000022940254     CBP Form 6084 (07/11)



**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
| --- | --- |
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1346 |

| Importer Number: | ▮▮▮▮ |
| --- | --- |
| Bill Number: | 467425251 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 01-16-04 | JN703318582 | | ▮▮▮▮ | ▮▮▮▮ |

| | | |
| --- | --- | --- |
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | **229402.54** |
| Amount Due After   11-01-14   (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____    Surety Code _____032_____

Interest Rate Effective ____10-01-11____   3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/        CBP Form 6084 (07/11)

---

**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ____467425251____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

PRINT DATE 10/06/2014



## U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
| --- | --- |
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1347 |

| | |
| --- | --- |
| Importer Number: | ▮▮▮▮▮ |
| Bill Number: | 467425262 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 01-16-04 | JN703318541 | | ▮▮▮▮ | ▮▮▮ |

| | | |
| --- | --- | --- |
| | Interest Accrued to Date | 0.00 |
| | **Full Amount Due Upon Receipt** | **229402.54** |
| Amount Due After   11-01-14   (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____          Surety Code _____032_____

Interest Rate Effective _____10-01-11_____   3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: _____467425262_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674252621003140000229402S4          CBP Form 6084 (07/11)



PRINT DATE 10/06/2014



# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1348 |

| | |
|---|---|
| Importer Number: | ▮▮▮▮▮ |
| Bill Number: | 467425273 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318566 | | ▮▮▮▮ | ▮▮▮▮ |

| | | |
|---|---|---|
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | <span style="color:red">**229402.54**</span> |
| Amount Due After 11-01-14 | (including interest) | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____     Surety Code _____032_____

Interest Rate Effective _____10-01-11_____     3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/     CBP Form 6084 (07/11)

----------------------------------------------------------------

**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: _____467425273_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467425273100314000022940254     CBP Form 6084 (07/11)



## U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
| --- | --- |
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1349 |

| | |
| --- | --- |
| Importer Number: | ███████ |
| Bill Number: | 467425284 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 01-23-04 | JN703318681 | | ████ | ████ |

| | | |
| --- | --- | --- |
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | **229402.54** |
| Amount Due After 11-01-14 | (including interest) | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____   Surety Code _____032_____

Interest Rate Effective ____10-01-11____   3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/   CBP Form 6084 (07/11)

---

**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:   ____467425284____

Amount Enclosed:   _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467425284100314000022940254   CBP Form 6084 (07/11)



## U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO | 1350 |
| 16 ZHONGXING NORTH ROAD | |
| SHANDONG | |
| CHINA(MAINLAND) | |

| Importer Number: | ████████ |
|---|---|
| Bill Number: | 467425295 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318558 | | ████ | ████ |

| | | |
|---|---|---|
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | **229402.54** |
| Amount Due After   11-01-14   (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____          Surety Code _____032_____

Interest Rate Effective ____10-01-11____    3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

---

**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:    LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ____467425295_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467425295100314000022940254          CBP Form 6084 (07/11)



## U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|----------|----|
| LINYI SANSHAN IMPORT & EXPORT CO | 1351 |
| 16 ZHONGXING NORTH ROAD | |
| SHANDONG | |
| CHINA(MAINLAND) | |

| | |
|---|---|
| Importer Number: | ▉ |
| Bill Number: | 467425308 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|------------------|-------------------------------------------------------------|----------------|----------------|--------|
| 01-16-04 | JN703318533 | ▉ | ▉ | ▉ |

| | | |
|---|---|---|
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | **229402.54** |
| Amount Due After   11-01-14   (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____      Surety Code _____032_____

Interest Rate Effective _____10-01-11_____      3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/      CBP Form 6084 (07/11)

------------------------------------------------------------------------
**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: _____467425308_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674253081003140000229402547      CBP Form 6084 (07/11)



**U.S. Customs and Border Protection**

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
| --- | --- |
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1352 |

| | |
| --- | --- |
| Importer Number: | ▮▮▮▮▮▮ |
| Bill Number: | 467425319 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 01-16-04 | JN703318590 | | ▮▮▮▮ | ▮▮▮▮ |
| | | | | |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **229402.54** |
| | | Amount Due After    11-01-14    (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____        Surety Code _____032_____

Interest Rate Effective _____10-01-11_____    3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/            CBP Form 6084 (07/11)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYER'S COPY**

PRINT DATE 10/06/2014

**Enclose this portion with remittance**

Bill To:    LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:    _____467425319_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467425319100314000022940254            CBP Form 6084 (07/11)



## U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (281) 985-6700 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
| --- | --- |
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 544 |

| Importer Number: | ▮▮▮▮▮ |
| --- | --- |
| Bill Number: | 467636940 |
| Bill Date: | 10-31-14 |
| Port of Service/Charge: | 65301 |
| | HOUSTON TX |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 02-11-04 | H0202152684 | | ▮▮▮▮ | ▮▮▮ |

| | | | Interest Accrued to Date | 0.00 |
| --- | --- | --- | --- | --- |
| | | | Full Amount Due Upon Receipt | 127748.27 |
| | | Amount Due After   11-29-14   (including interest) | | 128063.64 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____     Surety Code _____032_____

Interest Rate Effective ____10-01-11____   3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

------------------------------------------------------------------------

**PAYER'S COPY**

PRINT DATE 11/03/2014

**Enclose this portion with remittance**

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ____467636940_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467636940103114000012774827                    CBP Form 6084 (07/11)



# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (281) 985-6700 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
| --- | --- |
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 545 |

| | |
| --- | --- |
| Importer Number: | ▮▮▮▮ |
| Bill Number: | 467636951 |
| Bill Date: | 10-31-14 |
| Port of Service/Charge: | 65301 |
| | HOUSTON TX |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).  CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts.  The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 01-28-04 | H0202152544 | | ▮▮▮▮ | ▮▮▮▮ |

| | |
| --- | --- |
| Interest Accrued to Date | 0.00 |
| Full Amount Due Upon Receipt | 128074.74 |
| Amount Due After   11-29-14   (including interest) | 128390.91 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____     Surety Code _____032_____

Interest Rate Effective _____10-01-11_____     3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

---------------------------------------------------------------------------

**PAYER'S COPY**

PRINT DATE 11/03/2014

**Enclose this portion with remittance**

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: _____467636951_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467467636951103114000012807474          CBP Form 6084 (07/11)