# EXHIBIT D

CONFIDENTIAL INFORMATION HAS BEEN REDACTED
Case 1:20-cv-03628-SAV   Document 3-4   Filed 10/02/20   Page 2 of 2

```
1
ACSR-CL-612                        U.S. CUSTOMS AND BORDER PROTECTION                        FICHE INDEX: 032
                                    AUTOMATED COMMERCIAL SYSTEM                               RUN DATE: 01/01/15
                                                                                              RUN TIME: 21:37:48
                                    FORMAL DEMAND ON SURETY                                   SURETY PAGE:   00100
                            FOR PAYMENT OF DELINQUENT AMOUNTS DUE
                    ALL BILLS OTHER THAN FINE, PENALTY AND LIQUIDATED DAMAGE BILLS
                                          DECEMBER  2014
0           SURETY                   SURETY NUMBER             DELINQUENT DEBTOR              IMPORTER NUMBER      BANKRUPT
0  AEGIS SECURITY INSURANCE COMPANY       032          LINYI SANSHAN IMPORT & EXPORT CO       ███████
   PO BOX 3153                                         16 ZHONGXING NORTH ROAD
   HARRISBURG              PA 17105                    SHANDONG
                                                       CHINA(MAINLAND)           FN

                          BILLING     DOCUMENT                       BILL                                                AGE CATEGORY
0 BILL                                                                                                                   60 90 120 OVR
  NUMBER   BOND NUMBER    LOCATION      DATE      ENTRY NUMBER       DATE       AMOUNT DUE   PRINCIPAL AMT  INTEREST AMT
  46742524 460273903  MIAMI,       FL  01/16/04  JN7033318574   10/03/14         230536.58     229402.54        1134.04    X
  46742525 460273903  MIAMI,       FL  01/16/04  JN7033318582   10/03/14         230536.58     229402.54        1134.04    X
  46742526 460273903  MIAMI,       FL  01/16/04  JN7033318541   10/03/14         230536.58     229402.54        1134.04    X
  46742527 460273903  MIAMI,       FL  01/16/04  JN7033318566   10/03/14         230536.58     229402.54        1134.04    X
  46742528 460273903  MIAMI,       FL  01/23/04  JN7033318681   10/03/14         230536.58     229402.54        1134.04    X
  46742529 460273903  MIAMI,       FL  01/16/04  JN7033318558   10/03/14         230536.58     229402.54        1134.04    X
  46742530 460273903  MIAMI,       FL  01/16/04  JN7033318533   10/03/14         230536.58     229402.54        1134.04    X
  46742531 460273903  MIAMI,       FL  01/16/04  JN7033318590   10/03/14         230536.58     229402.54        1134.04    X
  46763694 460273903  HOUSTON, TX      02/11/04  H0202152684    10/31/14         128379.79     127748.27         631.52    X
  46763695 460273903  HOUSTON, TX      01/28/04  H0202152544    10/31/14         128707.87     128074.74         633.13    X
-            NUMBER OF BILLS -     10            IMPORTER TOTALS                2101380.30    2091043.33       10336.97
```