# EXHIBIT 2

| | | | |
|---|---|---|---|
| | (1) Entry No. JN7 0331857-4 | (2) Entry Type Code 03 ABI/A | (3) Entry Summary Date 1/27/04 |
| Gateway Clearance 8292 Northwest 14th St. Miami, FL 33126 | (4) Entry Date 1/16/04 | (5) Port Code 5201 | 46742124 |
| | (6) Bond No. 032 | (7) Bond Type Code 8 | (8) Broker/Importer File No. 331857 |
| 9. Ultimate Consignee Name and Address GARLIC KING CORP. 2121 PONCE DE LEON BLVD. SUITE 240 CORAL GABLES, FL 33134-5221 | 10. Consignee No. 54-2114082 | (11) Importer of Record Name and Address LINYI SANSHAN IMPORT & EXPORT CO. 16 ZHONGXING NORTH ROAD SHANDONG CHINA (MAINLAND) | (12) Importer No. [REDACTED] |
| | | (13) Exporting Country CN | 14. Export Date 12/01/03 |
| | | (15) Country of Origin CN | 16. Missing Documents |
| | FL STATE | (17) I.T. No. | (18) I.T. Date |
| (19) B L or AWB No. OOLU84824390 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. [REDACTED] | 22. Reference No. |
| (23) Importing Carrier KATSURAGI | 24. Foreign Port of Lading 57047 | 25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING CO 2020 PORT BOULEVARD MIAMI | |
| 26. U.S. Port of Unlading 5201 | (27) Import Date 12/29/03 | | |

Handwritten notes: "Not subject to IPJ", "HSDC 1/27/04"

| 28. Line No. | 29. Description of Merchandise | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|---|
| | Mfst Qty: 2400 CTNS | | | | Invoice 001 | | |
| | 001 GARLIC, FRESH WHOLE BULBS 0703.20.0010 | | | 24500 | 24000.00 KG | | |
| | A570-831-[REDACTED]   Surety #032 Merchandise Processing Fee Harbor Maintenance Fee | | | | | | |
| | Inv Value  :   [REDACTED] NDC        :   [REDACTED] Ent Value  :   [REDACTED] | | | | | | |
| | BLOCK 39 SUMMARY Merchandise Processing Fee (499) Harbor Maintenance Fee (501) TOTAL TOTAL ENTERED VALUE | | | | | | |

Handwritten: "Liqd per DOC dated", "R/A Issue bill Dbl ADD stmt. no reimb", "PLUS INTEREST AS OF: 1/27/04"

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE
A. Liq. Code  526
ADD

(41) Signature of Declarant, Title and Date GATEWAY CLEARANCE, ATTORNEY-IN-FACT

Customs Form 7501 (030984)

RECORD

UNITED STATES CUSTOMS SERVICE

483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

1. Entry No. JN7 0331858-2
2. Entry Type Code 03 ABI/A
3. Entry Summary Date 1/27/04
4. Entry Date 1/16/04
5. Port Code 5201
6. Bond No. 032
7. Bond Type Code 8
8. Broker/Importer File No. 331858

46742525

9. Ultimate Consignee Name and Address

GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

10. Consignee No. 54-2114082
11. Importer of Record Name and Address

LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

13. Exporting Country CN
14. Export Date 12/08/03
15. Country of Origin CN
16. Missing Documents

State: FL

17. I.T. No.
18. I.T. Date

Mfg not subject to inj

19. B/L or AWB No. OOLU84624580
20. Mode of Transportation 11
21. Manufacturer I.D.
22. Reference No.

23. Importing Carrier CAPE MAY
24. Foreign Port of Lading 57047
25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING C
2020 PORT BOULEVARD
MIAMI

26. U.S. Port of Unlading 5201
27. Import Date 1/06/04

29. Description of Merchandise

Mfst Qty: 1763 CTNS         Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010        24500        24000.00K

A570-831-███  Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value :
NDC       :
Ent Value :

R/A w/bill - no reimburs
Dbl ADD - stmt

BLOCK 39 SUMMARY
Merchandise Processing Fee   (499)
Harbor Maintenance Fee       (501)
TOTAL
TOTAL ENTERED VALUE

PLUS INTEREST
AS OF: 1/27/04

A. Liq. Code 526
ADD

GATEWAY CLEARANCE, ATTORNEY-IN-FACT

RECORD

Customs Form 7501 (030984)

UNITED STATES CUSTOMS SERVICE

483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

(1) Entry No.: N7 0331854-1
(2) Entry Type Code: 03 ABI/A
(3) Entry Summary Date: 1/27/04
(4) Entry Date: 1/16/04
(5) Port Code: 5201
(6) Bond No.: 032
(7) Bond Type Code: 8
(8) Broker/Importer File No.: 331854

46742526

(9) Ultimate Consignee Name and Address:
GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

(10) Consignee No.: 94-2114082

(11) Importer of Record Name and Address:
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

(12) Importer No.: [REDACTED]

Note: MFQ (not subject to inj)

MEDM 1/23/04

(13) Exporting Country: CN
(14) Export Date: 11/23/03
(15) Country of Origin: CN
(16) Missing Documents:
STATE: FL
(17) I.T. No.:
(18) I.T. Date:

(19) B L or AWB No.: OOLU84823710
(20) Mode of Transportation: 11
(21) Manufacturer I.D.: [REDACTED]
(22) Reference No.:

(23) Importing Carrier: PENINSULAR B
(24) Foreign Port of Lading: 57047
(25) Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO
2020 PORT BOULEVARD
MIAMI

(26) U.S. Port of Unlading: 5201
(27) Import Date: 12/24/03

(28) Line No.
(29) Description of Merchandise
(30) A. T.S.U.S.A. No. / B. ADA CVD Case No.
(31) A. Gross Weight / B. Manifest Qty.
(32) Net Quantity in T.S.U.S.A. Units
(33) A. Entered Value / B. CHGS / C. Relationship
(34) A. T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C. Rate / D. Visa No.
(35) Duty and I.R. Tax — Dollars / Cents

Mfst Qty: 1763 CTNS     Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010     24500     24000.00 KG

A570-831-[REDACTED]   Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value    :
NDC          :
Ent Value    :

R/A  ADD - no reimb stmt

BLOCK 39 SUMMARY
Merchandise Processing Fee   (499)
Harbor Maintenance Fee       (501)
TOTAL
TOTAL ENTERED VALUE

PLUS INTEREST
AS OF: 1/27/04

(30) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above, OR ☐ owner or purchaser or agent thereof.
I further declare that the merchandise
☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE
A. Liq. Code: 526
A-DD

(41) Signature of Declarant, Title, and Date
GATEWAY CLEARANCE, ATTORNEY-IN-FACT

TOTALS

RECORD

Customs Form 7501 (030884)

UNITED STATES CUSTOMS SERVICE

| | | |
|---|---|---|
| (1.) Entry No. JN7 0331856-6 | (2.) Entry Type Code 03 ABI/A | (3.) Entry Summary Date 1/27/04 |
| | | 483 |

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

| 4. Entry Date 1/16/04 | (5.) Port Code 5201 | 46742527 |
| 6. Bond No. 032 | 7. Bond Type Code B | 8. Broker / Importer File No. 331855 |

9. Ultimate Consignee Name and Address

GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

Mfg:
Not subject
to inv

10. Consignee No. 54-2114082

11. Importer of Record Name and Address
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

12. Importer No. [REDACTED]

13. Exporting Country  CN
14. Export Date 12/01/03
15. Country of Origin  CN
16. Missing Documents

STATE FL

17. I.T. No.
18. I.T. Date

19. B L or AWB No. OOLU84824380
20. Mode of Transportation 11
21. Manufacturer I.D. [REDACTED]
22. Reference No.

23. Importing Carrier KATSURAGI
24. Foreign Port of Lading 57047
25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING CO 2020 PORT BOULEVARD MIAMI

26. U.S. Port of Unlading 5201
27. Import Date 12/29/03

| 28. Line No. | 29. Description of Merchandise | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |

Mfst Qty: 2400 CTNS       Invoice 001

001 GARLIC, FRESH WHOLE BULBS
    0703.20.0010        24500        24000.00KG

A570-831-[REDACTED]   Surety #032  Liqd per DOC...
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value  :  [REDACTED]
NDC        :
Ent Value  :  [REDACTED]

R/A Liq N/bill
dbl anti dumping duty
No reimbursement

PLUS INTEREST
AS OF: 1/27/04

BLOCK 39 SUMMARY
Merchandise Processing Fee  (499)
Harbor Maintenance Fee       (501)
TOTAL
TOTAL ENTERED VALUE

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ Importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.   OR   ☐ owner or purchaser or agent thereof.

I further declare that the merchandise
☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true,   OR   ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE
A. Liq. Code  526

37. Signature of Declarant, Title, and Date
GATEWAY CLEARANCE, ATTORNEY-IN-FACT

TOTAL [REDACTED]

RECORD

Customs Form 7501 (080984)

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| 1. Entry No. | IN7 0331868-1 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 1/27/04 |
| 4. Entry Date | 1/23/04 |
| 5. Port Code | 5201 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 331868 |

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

9. Ultimate Consignee Name and Address

AMERICAN FRUIT AND PRODUCE CORP.
12805 NW 42 AVENUE
OPA LOCKA, FL 33054

10. Consignee No.: 59-2301096

11. Importer of Record Name and Address

LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

ELECT    STATE FL

13. Exporting Country: CN
14. Export Date: 12/22/03
15. Country of Origin: CN

19. B L or AWB No.: POCLTAO30068167
20. Mode of Transportation: 11
23. Importing Carrier: KITANO
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO, 2020 PORT BOULEVARD, MIAMI
26. U.S. Port of Unlading: 5201
27. Import Date: 1/20/04

28. Description of Merchandise

Mfst Qty: 1763 CTNS     Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010      24500      24000.00K

A570-831-    Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value :
NDC :
Ent Value :

PERISHABLE

R/A Dbl ADD stmt
no reimb
Liq w/bill

BLOCK 39 SUMMARY
Merchandise Processing Fee   (499)
Harbor Maintenance Fee       (501)
TOTAL
TOTAL ENTERED VALUE

A. Liq. Code: 526
ADD

41. Signature of Declarant, Title, and Date
GATEWAY CLEARANCE, ATTORNEY-IN-FACT

Customs Form 7501 (080694)

RECORD

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| (1) Entry No. | JN7 0331855-8 |
| (2) Entry Type Code | 03 ABI/A |
| (3) Entry Summary Date | 1/27/04 |
| (4) Entry Date | 1/16/04 |
| (5) Port Code | 5201 |
| (6) Bond No. | 032 |
| (7) Bond Type Code | 8 |
| (8) Broker/Importer File No. | 331855 |

483

46 242529

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

(9) Ultimate Consignee Name and Address
GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

(10) Consignee No. 54-2114082

(11) Importer of Record Name and Address
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

NOT MFG (not subject to ADD)  11-24 1/23/04

(13) Exporting Country: CN
(14) Export Date: 11/23/03
(15) Country of Origin: CN
STATE: FL

(19) B.L. or AWB No.: OOLU84823720
(20) Mode of Transportation: 11
(23) Importing Carrier: PENINSULAR B
(24) Foreign Port of Lading: 57047
(25) Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO
2020 PORT BOULEVARD MIAMI
(26) U.S. Port of Unlading: 5201
(27) Import Date: 12/24/03

(28) Description of Merchandise

MFst Qty: 1763 CTNS
Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00K

A570-831-■   Surety #032   Liq'd per Doc
Merchandise Processing Fee                     dated
Harbor Maintenance Fee

Inv Value :
NDC       :
Ent Value :

R/A  Liq. with bill
Dbl ADD - no recomb
Stmt.
PLUS INTEREST
AS OF: 1/27/04

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee     (501)
TOTAL
TOTAL ENTERED VALUE

U.S. CUSTOMS USE
A. Liq. Code  526
ADD

GATEWAY CLEARANCE, ATTORNEY-IN-FACT

Customs Form 7501 (030954)

RECORD

428
483

Gateway Clearance
8292 Northwest 14th St.
Miami, FL 33126

| | | |
|---|---|---|
| (1) Entry No. JN7 0331853-3 | (2) Entry Type Code 03 ABI/A | (3) Entry Summary Date 1/27/04 |
| (4) Entry Date 1/16/04 | (5) Port Code 5201 | 46 242530 |
| (6) Bond No. 032 | (7) Bond Type Code 8 | (8) Broker / Importer File No. 331853 |

| 9. Ultimate Consignee Name and Address | 10. Consignee No. 54-2114082 | 11. Importer of Record Name and Address | 12. Importer No. |
|---|---|---|---|
| GARLIC KING CORP 2121 PONCE DE LEON BLVD. SUITE 240 CORAL GABLES, FL 33134-5221 | | LINYI SANSHAN IMPORT & EXPORT CO. 16 ZHONGXING NORTH ROAD SHANDONG CHINA (MAINLAND) | |

| 13. Exporting Country CN | 14. Export Date 11/23/03 |
|---|---|
| 15. Country of Origin CN | 16. Missing Documents |
| FL STATE | |
| 17. I.T. No. | 18. I.T. Date |

| 19. B/L or AWB No. OOLU84623650 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| 23. Importing Carrier PENINSULAR B | 24. Foreign Port of Lading 57047 | 25. Location of Goods/G.O. No. L239 - PORT OF MIAMI TERMINAL OPERATING CO 2020 PORT BOULEVARD MIAMI | |
| 26. U.S. Port of Unlading 5201 | 27. Import Date 12/24/03 | | |

| 28. Line No. | 29. Description of Merchandise | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | 35. Duty and I.R. Tax |
|---|---|---|---|---|---|---|---|

Mfst Qty: 2400 CTNS
Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00KG

A570-831-___ Surety #032 Liquidated
Merchandise Processing Fee    msg #
Harbor Maintenance Fee    dated

Inv Value :
NDC :
Ent Value :

R/A Liq. with bill amt.
Jbl ADD no reimb

BLOCK 39 SUMMARY
Merchandise Processing Fee    (499)
Harbor Maintenance Fee    (501)
TOTAL
TOTAL ENTERED VALUE

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

U.S. CUSTOMS USE
A. Liq. Code 526
ADD

RECORD
Customs Form 7501 (030984)

# Customs Entry Summary

**Gateway Clearance**
8292 Northwest 14th St.
Miami, FL 33126

| Field | Value |
|---|---|
| 1. Entry No. | JN7 0331859-0 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 1/27/04 |
| 4. Entry Date | 1/16/04 |
| 5. Port Code | 5201 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 331859 |

**9. Ultimate Consignee Name and Address**
GARLIC KING CORP
2121 PONCE DE LEON BLVD.
SUITE 240
CORAL GABLES, FL 33134-5221

**10. Consignee No.** 54-2114082

**11. Importer of Record Name and Address**
LINYI SANSHAN IMPORT & EXPORT CO.
16 ZHONGXING NORTH ROAD
SHANDONG CHINA (MAINLAND)

- 13. Exporting Country: CN
- 14. Export Date: 2/08/03
- 15. Country of Origin: CN
- State: FL
- 19. B L or AWB No.: OOLU84850210
- 20. Mode of Transportation: 11
- 23. Importing Carrier: CAPE MAY
- 24. Foreign Port of Lading: 57047
- 25. Location of Goods/G.O. No.: L239 - PORT OF MIAMI TERMINAL OPERATING CO, 2020 PORT BOULEVARD, MIAMI
- 26. U.S. Port of Unlading: 5201
- 27. Import Date: 1/06/04

**29. Description of Merchandise**

Mfst Qty: 1763 CTNS    Invoice 001

001 GARLIC, FRESH WHOLE BULBS
0703.20.0010    24500    24000.00KG

A570-831-    Surety #032
Merchandise Processing Fee
Harbor Maintenance Fee

Inv Value :
NDC :
Ent Value :

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)
Harbor Maintenance Fee (501)
TOTAL
TOTAL ENTERED VALUE

Handwritten notes: "MFG not subject to inv", "Liq per DOC message# dated", "R/A Liq with bill", "dbl ADD no reimb stmt."

**U.S. CUSTOMS USE**
A. Liq. Code: 526
ADD

Signature: GATEWAY CLEARANCE, ATTORNEY-IN-FACT
Customs Form 7501 (030984)
RECORD

**DEPARTMENT OF THE TREASURY — UNITED STATES — ENTRY SUMMARY**

| Field | Value |
|---|---|
| Filer / Address | Feinstein & Norris, Inc  H02 / CH. BOX # B17 / AIRPORT # A26 / P.O. Box 60387 AMF / Houston TX 77205 |
| 1. Entry No. | 0215268-4 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 02/06/2004  668 |
| 4. Entry Date | 01/28/2004 |
| 5. Port Code | 5301 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 0002  215268 RVJ |
| 9. Ultimate Consignee Name and Address | AMERICAN FRUIT AND PRODUCE CORP / 12805 NW 42ND AVE / OPA LOCKA FL 33054 |
| 10. Consignee No. | 59-2301096OO |
| 11. Importer of Record Name and Address | LINSA / LINYI SANSHAN IMPORT EXPORT CO LTD / N16 ZHONGXING NORTH ROAD / SHANDONG FN |
| 12. Importer No. | [REDACTED] |
| 13. Exporting Country | CN |
| 14. Export Date | 11/29/2003 |
| 15. Country of Origin | CN |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | POCLTA030068086 |
| 20. Mode of Transportation | 11 |
| 21. Manufacturer I.D. | [REDACTED] |
| 22. Reference No. | |
| 23. Importing Carrier | CMA CGM ALBATROS  3728  POCL |
| 24. Foreign Port of Lading | 57047 |
| 25. Location of Goods/G.O. No. | S787 BARDOURS CUT TERMINAL |
| 26. U.S. Port of Unlading | 5301 |
| 27. Import Date | 12/30/2003 |

Annotations: A-570-831-  Liquidate per DOC msg  SEE NOTE  UNRS  03/04/04  ENT: 2-26-2004

| 28. Line No. | 30. A. T.S.U.S.A. No. / B. ADA CVD Case No. | 31. A. Gross Weight / B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value / B. CHGS / C. Relationship | 34. A. TSUSA Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | M POCLTA030068086  FRESH GARLIC  1763 CTNS  Invoice Number - 200311240  GARLIC, FRESH WHOLE BULBS  0703.20.0010  24500 | | 1763 CTNS  24000 KG | [REDACTED] | | | |
| | A570-831-  (Surety #032)  Liquidate per DOC msg  Merchandise Processing Fee  I.V  E.V. | | | [REDACTED] | | | |
| | Harbor Maintenance | | | [REDACTED] | | | |
| | Block 39 Summary  Merchandise Processing Fee  Harbor Maintenance  Total: | | 499  501 | | | | |

Total Entered Value  √   √

**36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent**

[X] I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.  OR  [ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.  OR  [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date: Feinstein & Norris  01/28/2004

U.S. CUSTOMS USE / TOTALS [REDACTED]

** Last Page **

RECORD

Customs Form 7501 (030984)

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
### ENTRY SUMMARY

Feinstein & Norris, Inc   H02
CH BOX # B17 / AIRPORT # A26
P.O. Box 60387 AMF
Houston TX 77205

| 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| 0215254-4 | 03 ABI/A | 02/05/2004   668 |

| 4. Entry Date | 5. Port Code |
|---|---|
| 01/27/2004 (01/28/2004) | 5301 |

| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |
|---|---|---|
| 032 | 8 | 0002   215254 RVJ |

**9. Ultimate Consignee Name and Address**
AMERICAN FRUIT AND PRODUCE CORP
12805 NW 42ND AVE
OPA LOCKA FL 33054

A-570-831-
*Liquidate per DOC msg*

SEE NOTE

**10. Consignee No.** 59-230109600

**11. Importer of Record Name and Address**
LINSA
LINYI SANSHAN IMPORT EXPORT CO LTD
N16 ZHONGXING NORTH ROAD
SHANDONG FN

**12. Importer No.** [REDACTED]

| 13. Exporting Country | 14. Export Date |
|---|---|
| CN | 11/01/2003 |

| 15. Country of Origin | 16. Missing Documents |
|---|---|
| CN | |

STATE   NRS

| 17. I.T. No. | 18. I.T. Date |
|---|---|

| 19. B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| POCLTA030067591 | 11 | [REDACTED] | |

| 23. Importing Carrier  3724 | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. |
|---|---|---|
| CMA CGM SEAGULL   POCL | 57047 | S787 BARBOURS CUT TERMINAL |

| 26. U.S. Port of Unlading | 27. Import Date |
|---|---|
| 5301 | 11/29/2003 |

lot; 2-11-2004

### 29. Description of Merchandise

| 28. Line No. | 30. A. T.S.U.S.A. No. / B. ADA CVD Case No. | 31. A. Gross Weight / B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value / B. CHGS / C. Relationship | 34. A. T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | M POCLTA030067591  H PSTA00311006   2082 CTNS FRESH GARLIC  2082 CTNS Invoice Number - 20031024B GARLIC, FRESH WHOLE BULBS 0703.20.0010   24500 A570-831- *Liquidate per DOC msg* (Surety #032) Merchandise Processing Fee I.V E.V. Harbor Maintenance Block 39 Summary Merchandise Processing Fee  499 Harbor Maintenance  501 Total: | | 24000 KG | Total Entered Value | | [REDACTED] ✓ | ✓ |

### 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.   OR   [ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.   OR   [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

** Last Page **

**U.S. CUSTOMS USE**   **TOTALS**

**41. Signature of Declarant, Title, and Date**
Feinstein & Norris   01/28/2004

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**  46763694

| Field | Value |
|---|---|
| Filer | Feinstein & Norris, Inc H02 CH BOX # B17 / AIRPORT # A26 P.O. Box 60387 AMF Houston TX 77205 |
| 1. Entry No. | 0215268-4 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 02/06/2004  668 |
| 4. Entry Date | 01/28/2004 |
| 5. Port Code | 5301 |
| 6. Bond No. | 052 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 0002  215268 RVJ |

9. Ultimate Consignee Name and Address: AMERICAN FRUIT AND PRODUCE CORP, 12805 NW 42ND AVE, OPA LOCKA FL 33054
A-570-831-

10. Consignee No.: 59-2301096OO

11. Importer of Record Name and Address: LINBA LINYI SANSHAN IMPORT EXPORT CO LTD N16 ZHONGXING NORTH ROAD SHANDONG FN

12. Importer No.: [REDACTED]

Liquidate per DOC msg

13. Exporting Country: CN
14. Export Date: 11/29/2003
15. Country of Origin: CN
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:

SEE NOTE   STATE   INR's

19. B L or AWB No.: POCLTAD30068086
20. Mode of Transportation: 11
21. Manufacturer I.D.: [REDACTED]
22. Reference No.: 03/09/04
23. Importing Carrier: 3728 CMA CGM ALBATROS   POCL
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: S787 BARBOURS CUT TERMINAL
26. U.S. Port of Unlading: 5301
27. Import Date: 12/30/2003

FNT: 2-26-2004

| 28. Line No. | 29. Description of Merchandise | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | | | | | | |

Deem liquidated by operation of law on [REDACTED]. The suspension of liquidation was lifted on [REDACTED] but the entry was not liquidated within the required time period following removal of the suspension. Message#: [REDACTED] Initials: DKS, Date: 09/22/2014.
Authority 19 USC 1504(d) / ITC.

VA 1083500

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

[X] I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980...

41. Signature of Declarant, Title, and Date: Feinstein & Norris   01/28/2004

** Last Page **   RECORD   Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY — UNITED STATES CUSTOMS SERVICE — ENTRY SUMMARY — 46763695

Feinstein & Norris, Inc #02
CH BOX # B17 / AIRPORT # A26
P.O. Box 60387 AMF
Houston TX 77205

| Field | Value |
|---|---|
| 1. Entry No. | 02152254-4 |
| 2. Entry Type Code | 03 AD/A |
| 3. Entry Summary Date | 02/00/2004 666 |
| 4. Entry Date | 01/29/2004 |
| 5. Port Code | 5301 |
| 6. Bond No. | 032 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 0002 215254 RVJ |

8. Ultimate Consignee Name and Address:
AMERICAN FRUIT AND PRODUCE CORP
12805 NW 42ND AVE
OPA LOCKA FL 33054
A-570-831-

10. Consignee No.: 59-250109600

11. Importer of Record Name and Address:
LINBA
LINYI SANSHAN IMPORT EXPORT CO LTD
N16 ZHONGXING NORTH ROAD
SHANDONG FN

13. Exporting Country: CN
14. Export Date: 11/01/2003
15. Country of Origin: CN
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:

STATE: TX    CNRS
SEE NOTE

19. B/L or AWB No.: POCLTAD30067591
20. Mode of Transportation: 11
21. Manufacturer I.D.:
22. Reference No.:

23. Importing Carrier: CMA CGM SEAGULL  37/24  POCL
24. Foreign Port of Lading: 57047
25. Location of Goods/G.O. No.: 5787 BARBOURS CUT TERMINAL

26. U.S. Port of Unlading: 5301
27. Import Date: 11/29/2003
lot: 2-11-2004

29. Description of Merchandise:
M POCLTAD30067591  H PSTA00311006  2082 CTNS
FRESH GARLIC

Deem liquidated by operation of law on _____. The suspension of liquidation was lifted on _____ but the entry was not liquidated within the required time period following removal of the suspension. Message#: _____ Initials: DKS, Date: 09/22/2014.
Authority 19 USC 1504(d) / ITC.

VA1083500

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent
Feinstein & Norris   01/20/2004

Customs Form 7501 (030884)
** Last Page **
RECORD