# EXHIBIT 4




**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR | Importer Number: | [REDACTED] |
|---|---|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1345 | Bill Number:<br>Bill Date:<br>Port of Service/Charge: | 467425240<br>10-03-14<br>45201<br>MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318574 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **229402.54** |
| | | Amount Due After 11-01-14 (including interest) | | 229968.86 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____   Surety Code ___032___

Interest Rate Effective ___10-01-11___   ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/

CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ___467425240___

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674252401003140000229402 54

CBP Form 6084 (07/11)



PRINT DATE 10/06/2014

# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1346 |

| | |
|---|---|
| Importer Number: | [REDACTED] |
| Bill Number: | 467425251 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318582 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **229402.54** |
| | | Amount Due After 11-01-14 (including interest) | | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____   Surety Code    032

Interest Rate Effective    10-01-11       3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/

CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:    467425251

Amount Enclosed:    _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

00246010146746742525110031400002294 0254

CBP Form 6084 (07/11)




**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | | FR | Importer Number: | [REDACTED] |
|---|---|---|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | | 1347 | Bill Number: | 467425262 |
| | | | Bill Date: | 10-03-14 |
| | | | Port of Service/Charge: | 45201 |
| | | | | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318541 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **229402.54** |
| | | Amount Due After  11-01-14  (including interest) | | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____    Surety Code _____032_____

Interest Rate Effective ____10-01-11____    ____3.00 %____

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/    CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:   467425262

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674252621003140000229402 54

CBP Form 6084 (07/11)



# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR | Importer Number: | ▓▓▓▓▓ |
|---|---|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1348 | Bill Number:<br>Bill Date:<br>Port of Service/Charge: | 467425273<br>10-03-14<br>45201<br>MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318566 | | ▓▓▓▓ | ▓▓▓▓ |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **229402.54** |
| | | Amount Due After  11-01-14  (including interest) | | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____     Surety Code  032

Interest Rate Effective  10-01-11     3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:  467425273

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674252731003140000022940254

CBP Form 6084 (07/11)



# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1349 |

| | |
|---|---|
| Importer Number: | [REDACTED] |
| Bill Number: | 467425284 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-23-04 | JN703318681 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **229402.54** |
| | | Amount Due After  11-01-14  (including interest) | | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____        Surety Code ____032_____

Interest Rate Effective ___10-01-11___   ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/        CBP Form 6084 (07/11)

PRINT DATE 10/06/2014

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:   467425284_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674252841003140000229402 54

CBP Form 6084 (07/11)



# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR | Importer Number: | [REDACTED] |
|---|---|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1350 | Bill Number: | 467425295 |
| | | Bill Date: | 10-03-14 |
| | | Port of Service/Charge: | 45201 |
| | | | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318558 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **229402.54** |
| | | Amount Due After 11-01-14 (including interest) | | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____    Surety Code ___032_____

Interest Rate Effective ___10-01-11___    3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/    CBP Form 6084 (07/11)

PRINT DATE 10/06/2014

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ___467425295_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

00246010146746742529510031400002294O254

CBP Form 6084 (07/11)




# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1351 |

| | |
|---|---|
| Importer Number: | [REDACTED] |
| Bill Number: | 467425308 |
| Bill Date: | 10-03-14 |
| Port of Service/Charge: | 45201 |
| | MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318533 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **229402.54** |
| | | Amount Due After 11-01-14 | (including interest) | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____   Surety Code ___032_____

Interest Rate Effective ___10-01-11___   ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ___467425308___

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674742530810031400002294O254          CBP Form 6084 (07/11)




**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 10/06/2014

For Bill Inquiries Please Contact the Port at (305) 536-4758 or the Revenue Division at (317) 614-4811

| BILL TO: | FR | Importer Number: | ▉ |
|---|---|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 1352 | Bill Number:<br>Bill Date:<br>Port of Service/Charge: | 467425319<br>10-03-14<br>45201<br>MIAMI FL |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-16-04 | JN703318590 | | ▉ | ▉ |

| | |
|---|---|
| Interest Accrued to Date | 0.00 |
| Full Amount Due Upon Receipt | **229402.54** |
| Amount Due After  11-01-14  (including interest) | 229968.86 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____     Surety Code ____032_____

Interest Rate Effective ___10-01-11___   ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/    CBP Form 6084 (07/11)

**PAYER'S COPY**

---

**Enclose this portion with remittance**

PRINT DATE 10/06/2014

Bill To:  LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ___467425319___

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674674253191003140000229402540

CBP Form 6084 (07/11)



**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 11/03/2014

For Bill Inquiries Please Contact the Port at (281) 985-6700 or the Revenue Division at (317) 614-4811

| BILL TO: | FR |
|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO<br>16 ZHONGXING NORTH ROAD<br>SHANDONG<br>CHINA(MAINLAND) | 544 |

Importer Number: ▮▮▮
Bill Number: 467636940
Bill Date: 10-31-14
Port of Service/Charge: 65301
HOUSTON TX

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 02-11-04 | H0202152684 | | ▮▮▮ | ▮▮▮ |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **127748.27** |
| | | Amount Due After 11-29-14 (including interest) | | 128063.64 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____   Surety Code ____032_____

Interest Rate Effective ___10-01-11___   3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/

CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 11/03/2014

Bill To: LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number: ___467636940____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

002460101467676369401031140000127748271

CBP Form 6084 (07/11)



**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 11/03/2014

For Bill Inquiries Please Contact the Port at (281) 985-6700 or the Revenue Division at (317) 614-4811

| BILL TO: | | FR | | Importer Number: | [REDACTED] |
|---|---|---|---|---|---|
| LINYI SANSHAN IMPORT & EXPORT CO | | 545 | | Bill Number: | 467636951 |
| 16 ZHONGXING NORTH ROAD | | | | Bill Date: | 10-31-14 |
| SHANDONG | | | | Port of Service/Charge: | 65301 |
| CHINA(MAINLAND) | | | | | HOUSTON TX |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-28-04 | H0202152544 | | [REDACTED] | [REDACTED] |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **128074.74** |
| | | Amount Due After 11-29-14 (including interest) | | 128390.91 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____   Surety Code   032

Interest Rate Effective   10-01-11     3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/      CBP Form 6084 (07/11)

**PAYER'S COPY**

---

Enclose this portion with remittance

PRINT DATE 11/03/2014

Bill To:   LINYI SANSHAN IMPORT & EXPORT CO
16 ZHONGXING NORTH ROAD
SHANDONG
CHINA(MAINLAND)

Bill Number:   467636951

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0024601014674676369511031140000128074740      CBP Form 6084 (07/11)