# EXHIBIT 5

```
1
ACSR-CL-612                                                                                                       FICHE INDEX: 032
                                        U.S. CUSTOMS AND BORDER PROTECTION                                         RUN DATE: 01/01/15
                                          AUTOMATED COMMERCIAL SYSTEM                                              RUN TIME: 21:37:48
                                                                                                                SURETY PAGE:    00100
                                           FORMAL DEMAND ON SURETY
                                     FOR PAYMENT OF DELINQUENT AMOUNTS DUE
                              ALL BILLS OTHER THAN FINE, PENALTY AND LIQUIDATED DAMAGE BILLS
                                                  DECEMBER 2014
0               SURETY                    SURETY NUMBER           DELINQUENT DEBTOR                   IMPORTER NUMBER          BANKRUPT
0  AEGIS SECURITY INSURANCE COMPANY            032           LINYI SANSHAN IMPORT & EXPORT CO         ████████
   PO BOX 3153                                               16 ZHONGXING NORTH ROAD
   HARRISBURG            PA 17105                            SHANDONG
                                                             CHINA(MAINLAND)              FN

                           BILLING       DOCUMENT                          BILL                                                 AGE CATEGORY
0  BILL                                                                                                                         60 90 120 OVR
   NUMBER   BOND NUMBER   LOCATION         DATE    ENTRY NUMBER            DATE    AMOUNT DUE   PRINCIPAL AMT  INTEREST AMT
   46742524 460273903  MIAMI, FL          01/16/04 JN7033318574          10/03/14   230536.58     229402.54      1134.04       X
   46742525 460273903  MIAMI, FL          01/16/04 JN7033318582          10/03/14   230536.58     229402.54      1134.04       X
   46742526 460273903  MIAMI, FL          01/16/04 JN7033318541          10/03/14   230536.58     229402.54      1134.04       X
   46742527 460273903  MIAMI, FL          01/16/04 JN7033318566          10/03/14   230536.58     229402.54      1134.04       X
   46742528 460273903  MIAMI, FL          01/23/04 JN7033318681          10/03/14   230536.58     229402.54      1134.04       X
   46742529 460273903  MIAMI, FL          01/16/04 JN7033318558          10/03/14   230536.58     229402.54      1134.04       X
   46742530 460273903  MIAMI, FL          01/16/04 JN7033318533          10/03/14   230536.58     229402.54      1134.04       X
   46742531 460273903  MIAMI, FL          01/16/04 JN7033318590          10/03/14   230536.58     229402.54      1134.04       X
   46763694 460273903  HOUSTON, TX        02/11/04 H0202152684           10/31/14   128379.79     127748.27       631.52       X
   46763695 460273903  HOUSTON, TX        01/28/04 H0202152544           10/31/14   128707.87     128074.74       633.13       X
            NUMBER OF BILLS -    10                  IMPORTER TOTALS               2101380.30    2091043.33     10336.97
```