# EXHIBIT 7

| | | | |
|---|---|---|---|
| MESSAGE NO: | 4195304 | MESSAGE DATE: | 07/14/2014 |
| MESSAGE STATUS: | Active | CATEGORY: | Antidumping |
| TYPE: | Liquidation | PUBLIC ✔ | NON-PUBLIC |
| SUB-TYPE: | PARRES-Partial Rescission | | |
| FR CITE: | 71 FR 26329 | FR CITE DATE: | 05/04/2006 |
| REFERENCE MESSAGE #(s): | | | |
| CASE #(s): | A-570-831 | | |
| EFFECTIVE DATE: | 05/04/2006 | COURT CASE #: | |
| PERIOD OF REVIEW: | 11/01/2003 | TO | 10/31/2004 |
| PERIOD COVERED: | | TO | |

NOTICE OF LIFTING OF SUSPENSION DATE: 05/04/2006

TO: { DIRECTORS OF FIELD OPERATIONS, PORT DIRECTORS }

FROM: { DIRECTOR AD/CVD & REVENUE POLICY & PROGRAMS }

RE: Rescission, in part, of administrative review of antidumping duty order on fresh garlic from the People's Republic of China (A-570-831)

1.  Commerce has rescinded the administrative review of the antidumping duty order on fresh garlic from The People's Republic of China (PRC) (A-570-831) covering the period 11/01/2003 through 10/31/2004 in part with respect to the firms listed below.  You are to assess antidumping duties on this merchandise entered, or withdrawn from warehouse, for consumption during the period 11/01/2003 through 10/31/2004 at the cash deposit or bonding rate required at the time of entry.

Liquidate all entries for the following firms:

Company: Xiangcheng Yisheng Foodstuffs Co., (also known as Xiangcheng Yisheng Foodstuffs Co., Ltd.) (Entries may have come in under case number A-570-831-007)

Company: Shanghai Ever Rich Trade Company
Case number: A-570-831-012

Company: Linyi Sanshan Import & Export Trading Co., Ltd.
Case number: A-570-831-014

Company: Tancheng County Dexing Foods Co., Ltd. (this company name was inadvertently mis-spelled in the Federal Register notice as "Tacheng County Dexing Foods Co., Ltd."
Case number: A-570-831-016

Company: Shandong Jining Jishan Textile Co., Ltd.
Case number: A-570-831-020

For the companies listed above entries may have also entered under A-570-831-000.

2.  Notice of the lifting of suspension of liquidation of entries of subject merchandise covered by paragraph 1 occurred with the publication of the notice of final results and partial rescission of

antidumping duty administrative review and final results of new shipper reviews (71 FR 26329, 05/04/2006). Unless instructed otherwise, for all other shipments of fresh garlic from the PRC you shall continue to collect cash deposits of estimated antidumping duties for the merchandise at the current rates.

3. There are no injunctions applicable to the entries covered by this instruction.

4. The assessment of antidumping duties by CBP on shipments or entries of this merchandise is subject to the provisions of section 778 of the Tariff Act of 1930, as amended. Section 778 requires that CBP pay interest on overpayments or assess interest on underpayments of the required amounts deposited as estimated antidumping duties. The interest provisions are not applicable to cash or bonds posted as estimated antidumping duties before the date of publication of the antidumping duty order. Interest shall be calculated from the date payment of estimated antidumping duties is required through the date of liquidation. The rate at which such interest is payable is the rate in effect under section 6621 of the Internal Revenue Code of 1954 for such period.

5. Upon assessment of antidumping duties, CBP shall require that the importer provide a reimbursement statement, as described in section 351.402(f)(2) of Commerce's regulations. The importer should provide the reimbursement statement prior to liquidation of the entry. If the importer certifies that it has an agreement with the producer, seller, or exporter, to be reimbursed antidumping duties, CBP shall double the antidumping duties in accordance with the above-referenced regulation. Additionally, if the importer does not provide the reimbursement statement prior to liquidation, reimbursement shall be presumed and CBP shall double the antidumping duties due. If an importer timely files a protest challenging the presumption of reimbursement and doubling of duties, consistent with CBP's protest process, CBP may accept the reimbursement statement filed with the protest to rebut the presumption of reimbursement.

6. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984. CBP ports should submit their inquiries through authorized CBP channels only. (This message was generated by CLU:WJF.)

7. There are no restrictions on the release of this information.

Michael B. Walsh

   Message Date: 07/14/2014 Message Number: 4195304 Page 3 of 4

COMPANY DETAILS

*Party Indicator Value

I= Importer, M= Manufacturer, E= Exporter, S= Sold to Party