**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HON. STEPHEN ALEXANDER VADEN, JUDGE**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AEGIS SECURITY INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 20-03628 |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7(c) and 77(c) of the Rules of the United States Court of International Trade, Defendant, Aegis Security Insurance Company, herein moves this Court for oral argument addressed to Defendant's Motion For Judgment on the Pleadings *(see e.g.* ECF Nos. 10, 23) and Plaintiff's Cross Motion for Summary Judgment *(see e.g.* ECF Nos. 14, 20, 24).

This action raises important issues concerning the application of the six-year statute of limitations under 28 U.S.C. 2415(a) for action on a contract as it applies to the collection of duties under a customs bond. The Defendant contends that the statute of limitations for collection of duties under a customs bond accrues at the time the entries are liquidated and the duties are assessed. The Plaintiff contends that the statute of limitations for collection of the duty accrues under the bond at the time when the duties assessed on liquidation are billed by Customs.  In this case, the entries were liquidated by operation of law in 2006 but not billed by Plaintiff until 2014; and Plaintiff commenced this action commenced fourteen years after liquidation in 2020.

On this date, the undersigned counsel consulted with Peter Mancuso, counsel for the Plaintiff, who advised that he would not join in this motion but does not object to Aegis's filing this Request for Oral Argument.

Dated: May 13, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ T. Randolph Ferguson | /s/ Jeffery M. Telep |
| T. Randolph Ferguson | Jeffery M. Telep |
| Sandler, Travis & Rosenberg P.A. | King & Spalding LLP |
| 601 Montgomery Street | 1700 Pennsylvania Avenue NW |
| Suite 1208 | Suite 200 |
| San Francisco, CA 94111 | Washington, D.C. 20006 |
| Tel.: 415-378-3374 | Tel.: 202-626-2390 |
| E-Mail: rferguson@strtrade.com | E-Mail: jtelep@kslaw.com |

*Attorneys for Defendant Aegis Security Insurance Company*