# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>AEGIS SECURITY INSURANCE COMPANY,<br><br>     Defendant, | Before: Stephen Alexander Vaden, Judge<br><br>Court No. 20-03628 |

## ORDER

After consideration of the Customs Surety Coalition's Motion for Leave to File *Amicus Curiae* Brief in Support of Defendant, and the Government's opposition thereto; it is hereby

**ORDERED** that the Customs Surety Coalition's motion be, and hereby is, granted; it is further

**ORDERED** that the Customs Surety Coalition may file a brief as *amici curiae* with leave of the Court; it is further

**ORDERED** that the Government may file a response, of no more than ten pages, to the substantive arguments advanced in the Customs Surety Coalition's *amicus curiae* brief to be due no later than July 2, 2021.

                                                      /s/     Stephen Alexander Vaden
                                                                         Judge

Dated: <u>May 20, 2021</u>
       New York, New York