## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AEGIS SECURITY INSURANCE CO.,<br><br>　　　　　　　　　　Defendant. | Court No. 20-03628 |

### NOTICE OF WITHDRAWAL OF CAMERON R. ARGETSINGER

**PLEASE TAKE NOTICE** that, Cameron R. Argetsinger is leaving the employment of Kelley Drye & Warren LLP effective September 1, 2023. Accordingly, please remove Cameron R. Argetsinger from the list of counsel from Kelley Drye & Warren LLP representing Amicus parties Adee Honey Farms, American Honey Producers Association, Bayou Land Seafood, LLC, Catahoula Crawfish, Inc., Christopher Ranch, L.L.C., L.K. Bowman Company, Sioux Honey Association, and The Garlic Company in this proceeding.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Cameron R. Argetsinger
　　　　　　　　　　　　　　　　　　　　Cameron R. Argetsinger
　　　　　　　　　　　　　　　　　　　　Kelley Drye & Warren LLP
　　　　　　　　　　　　　　　　　　　　3050 K Street, NW
　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　Washington Harbour,
　　　　　　　　　　　　　　　　　　　　Washington D.C. 20007

Dated: August 31, 2023