# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>     *Plaintiff,*<br><br>v.<br><br>AEGIS SECURITY INSURANCE COMPANY,<br><br>     *Defendant.* | Before: Stephen Alexander Vaden, Judge<br><br>Court No. 20-03628 |

## ORDER

In accordance with USCIT Rule 7(c), it is hereby:

**ORDERED** that oral argument shall take place, in person, on Wednesday, November 15, 2023, at 2:30 p.m. in Courtroom 2 of the United States Court of International Trade in New York. At oral argument, the parties should be prepared to address the following questions:

**(1)** Do all parties agree that federal common law — rather than the law of any particular state — governs the bond at issue in this case?

**(2)** If the answer to question one is yes, do the parties agree that federal common law looks to the Restatement (Third) of Suretyship and Guaranty for guidance in determining the legal principles to apply?

**(3)** Does federal common law apply 31 Williston on Contracts § 79:14 (4th ed. 2023)?[1] Can the parties cite any applicable case law?

**(4)** Is the principle elucidated in Williston an implied contractual term, similar to the implied duty of good faith and fair dealing, or an equitable defense?

---

[1] "Where the plaintiff's right of action depends on a preliminary act to be performed by the plaintiff, the plaintiff cannot suspend indefinitely the running of the statute of limitations by delaying the performance of the act."

(5) What is the effect on Defendant's assertion of imparity of suretyship from the fact that Plaintiff made demand on Defendant nearly eleven months before Defendant's reinsurer became insolvent?

(6) Does Defendant have any cases that support that a change in legal position — without a change in the underlying law — by a party counts as impairment?

(7) If the Court determines that the plain language of 19 U.S.C. § 1505(b) requires the submission of a bill, is resolution of the applicability of any demand requirement necessary?

(8) Does any legal authority exist for finding that a Federal Register notice or some other notice that occurs on liquidation satisfies a requirement for a "bill"?

**SO ORDERED.**

_____
Stephen Alexander Vaden, Judge

Dated: October 20, 2023
New York, New York