UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Court No. 20-03628 |
| | : | |
| v. | : | |
| | : | |
| AEGIS SECURITY INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S RESPONSE TO THE COURT'S
NOVEMBER 15, 2023 PROCEDURAL ORDER**

In its November 15, 2023 Procedural Order, the Court requests that each of the parties address the following questions: (1) the amount of money currently alleged to be owed and whether that amount represents interest or principal; and (2) the date Aegis became liable for the first dollar on its bond and whether that amount represented interest or principal.

**I.     The Amount Currently Alleged To Be Owed**

Plaintiff, United States (the Government), calculates that, as of November 29, 2023,[1] Aegis owes $105,251.06. This amount is comprised of $79,171.70 in principal and $26,079.36

---

[1] The Government is using the same amount that it provided to defendant Aegis Security Insurance Company for use in defendant's November 29, 2023, submission to the Court. Should the Court so wish, we can provide a spreadsheet setting forth interest accruals for future dates.

in accrued delinquency interest.[2]  We have not included a calculation for 19 U.S.C. § 580 or equitable interest.[3]

By way of background, the duties asserted at entry (*i.e.*, the principal balance of the entries at the time of deemed liquidation) totaled $699,562.84.  The delinquency interest that had accrued from the date of issuance of the first bills to the importer for the entries at issue until the application of the payment of the single transaction bonds (STB) covering the subject entries was $80,808.86.  Thus, at the time of application of the STB surety's payments, the total outstanding balance of principal and interest was $780,371.70.  The total STB payment of $701,200.00 was applied toward delinquency interest first in accordance with 19 C.F.R. § 24.3a.  Therefore, immediately after the application of the STB payment, there remained a principal-only balance of $79,171.70 (*i.e.*, $780,371.70 balance - $701,200.00 STB payment = $79,171.70 remaining balance).

As of October 1, 2020, the day before the complaint in this action was filed, delinquency interest in the amount of $11,891.99 had accrued on the outstanding principal balance of $79,171.70, resulting in a total outstanding balance of $91,063.69 (*i.e.*, $79,171.70 principal +

---

[2] The Government calculated delinquency interest from the importer's bill date.  Had delinquency interest been calculated from the date of deemed liquidation as Aegis advocates, the accrued delinquency interest due on November 17, 2017 at the time of the STB surety's payment would have been $410,270.31, resulting in a total outstanding balance (principal + delinquency interest) of $1,109,833.15.  After application of the STB surety's payment of $701,200.00, the remaining outstanding balance on November 17, 2017 would have been principal-only and would have been $408,633.15 (*i.e.*, $1,109,833.15 balance - $701,200.00 STB payment = $408,633.15 remaining balance), with delinquency interest continuing to accrue on that remaining balance.

[3] The Government stands ready to provide these calculations should the Court so desire.

$11,891.99 accrued interest = $91,063.69 balance). *See* Attachment A (Linyi Balance Explanation).[4]

## II.   Aegis's Bond Liability

Aegis became liable on its continuous bond on January 7, 2015 when U.S. Customs and Border Protection made its first demand for payment from Aegis via the "Formal Demand on Surety for Payment of Delinquent Amounts Due," also known as the 612 Report. As of January 7, 2015, the total outstanding balance for the subject entries was $704,378.06. This amount was comprised of an outstanding principal amount of $699,562.84 (*i.e.*, the duties asserted at entry for which the entry deemed liquidated) and accrued delinquency interest in the amount of $4,815.22 (accruing from the date of the issuance of the bills to the importer). However, at that time, Aegis's exposure was limited to $50,000, the contractual limit of its bond.

---

[4] The Government's calculation of delinquency interest dates back to the date the bills were first issued to the importer of record of the subject entries if the importer does not make payment within 30 days of the bill's issuance. For eight of the entries at issue, the first bill to the importer of record was issued on October 3, 2014, and for the other two entries at issue, the first demand on the importer of record was issued on October 31, 2014. *See* Exhibit C to the Complaint. The delinquency interest rate is in accordance with the Internal Revenue Code interest rates established under 26 U.S.C. §§ 6621-22. *See* 50 Fed. Reg. 21832 (May 29, 1985) (Customs' notice of calculation of interest). The interest rate is based on the Federal short-term rate and determined by the Internal Revenue Service (IRS) on behalf of the Secretary of the Treasury on a quarterly basis. *See*, *i.e.*, 88 Fed. Reg. 42946 (July 5, 2023) (one example of a federal register notice identifying the applicable quarterly interest rates). The rates effective for a quarter are determined during the first-month period of the previous quarter. *See id.* These interest rates are incorporated into the interest calculator contained in U.S. Customs and Border Protection's Automated Commercial Environment (ACE) system.

**Court No. 20-03628**
*Plaintiff's Response To The Court's
November 15, 2023 Procedural Order*

                        Respectfully submitted,

                        BRIAN M. BOYNTON
                        Principal Deputy Assistant Attorney General
                        Civil Division

                        PATRICIA M. McCARTHY
                        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Beverly A. Farrell
        BEVERLY A. FARRELL
Of Counsel:                    Senior Trial Attorney
SUZANNA HARTZELL-BALLARD    Department of Justice, Civil Division
Office of the Assistant Chief Counsel    Commercial Litigation Branch
U.S. Customs and Border Protection    26 Federal Plaza, Room 346
        New York, New York 10278
        Tel.: (212) 264-0483 or 9230
        Attorneys for Plaintiff

Dated: December 13, 2023

# ATTACHMENT
# (LINYI BALANCE EXPLANATION)

| | | | Deemed Liquidation | CBP's 1st Demand to Aegis | | |
|---|---|---|---|---|---|---|
| **Bill No** | **Entry No** | **Bill Date** | **Duties Asserted at Entry/Principal Balance at Deemed Liquidation on 11/04/06** | **Outstanding Principal Balance as of 1/07/15** | **Accrued Delinquency Interest* as of 01/07/15 (date 1st 612 mailed to Aegis)** | **Total Outstanding Balance on 1/07/15 (date 1st 612 mailed to Aegis)** |
| 46742524 | JN703318574 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742525 | JN703318582 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742526 | JN703318541 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742527 | JN703318566 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742528 | JN703318681 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742529 | JN703318558 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742530 | JN703318533 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46742531 | JN703318590 | 10/03/14 | $68,373.14 | $68,373.14 | $507.62 | $68,880.76 |
| 46763694 | H0202152684 | 10/31/14 | $76,283.21 | $76,283.21 | $377.10 | $76,660.31 |
| 46763695 | H0202152544 | 10/31/14 | $76,294.51 | $76,294.51 | $377.16 | $76,671.67 |
| | | **Total** | **$699,562.84** | **$699,562.84** | **$4,815.22** | **$704,378.06** |

*Delinquency interest accrued from the date of the first bills to the importer

| | STB Payments | | | |
|---|---|---|---|---|
| Outstanding Principal Balance as of 11/16/17 | Accrued Delinquency Interest* as of 11/16/17 (immediately prior to STB payments) | Total Outstanding Balance on 11/16/17 (immediately prior to STB payments) | STB Payment Amounts | Total Outstanding Balance on 11/17/17 After Application of STB Payments (balance is entirely principal) |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $68,373.14 | $7,939.91 | $76,313.05 | $68,400.00 | $7,913.05 |
| $76,283.21 | $8,644.15 | $84,927.36 | $77,000.00 | $7,927.36 |
| $76,294.51 | $8,645.43 | $84,939.94 | $77,000.00 | $7,939.94 |
| **$699,562.84** | **$80,808.86** | **$780,371.70** | **$701,200.00** | **$79,171.70** |

| Complaint Filing | | | | Current | | |
|---|---|---|---|---|---|---|
| Outstanding Principal Balance as of 10/02/20 | Accrued Delinquency Interest* as of 10/02/20 (date complaint was filed) | Total Outstanding Balance as of 10/02/20 | | Outstanding Principal Balance as of 11/29/23 | Accrued Delinquency Interest* as of 11/29/23 | Total Outstanding Balance as of 11/29/23 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,913.05 | $1,188.48 | $9,101.53 | | $7,913.05 | $2,607.04 | $10,520.09 |
| $7,927.36 | $1,191.13 | $9,118.49 | | $7,927.36 | $2,609.45 | $10,536.81 |
| $7,939.94 | $1,193.02 | $9,132.96 | | $7,939.94 | $2,613.59 | $10,553.53 |
| **$79,171.70** | **$11,891.99** | **$91,063.69** | | **$79,171.70** | **$26,079.36** | **$105,251.06** |