# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave., NW
Suite 900
Washington, DC 20006
Tel: +1 202 737 0500
www.kslaw.com

Jeffrey M. Telep
Partner
Direct Dial: +1 202 626 2390
jtelep@kslaw.com

December 26, 2023

Hon. Stephen Alexander Vaden
U.S. Court of International Trade
One Federal Plaza
New York, New York

**Re: United States v. Aegis Security Insurance Company, CIT No. 20-3628**

Dear Judge Vaden,

On behalf of Defendant, Aegis Security Insurance Company ("Aegis"), we write to notify the Court that Aegis intends to redact certain information from the November 15, 2023, hearing transcript. The information to be redacted consists of the amount of the bonds issued by Hartford Insurance Company, the amount of Customs' demand on Hartford, and the amount of Customs' demand on Aegis. We will provide a redacted version of the transcript in accordance with the Court's scheduling order.

Please let us know if you have any additional questions or comments.

Very truly yours,

Jeffrey M. Telep

_____
Jeffrey M. Telep
*Counsel to Aegis Security Insurance Company*

cc: Beverly Farrell, United States Department of Justice
Randy Ferguson, Sandler, Travis, Rosenburg
Lee Sandler, Sandler, Travis Rosenburg