UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Court No. 20-03628 |
| | : | |
| v. | : | |
| | : | |
| AEGIS SECURITY INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF INTENT TO
<u>REDACT NOVEMBER 15, 2023, TRANSCRIPT</u>**

In accordance with docket number 128, plaintiff, United States, respectfully notifies the Court that we intend to redact certain information from the transcript of the November 15, 2023, oral argument. The information we propose to redact consists of the identity of the surety for the single transaction bonds covering the entries at issue in the action.

*Notice of Intent to Redact*

                          Respectfully submitted,

                          BRIAN M. BOYNTON
                          Principal Deputy Assistant Attorney General
                          Civil Division

                          PATRICIA M. McCARTHY
                          Director

By:    <u>/s/ Justin R. Miller</u>
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        <u>/s/ Beverly A. Farrell</u>
        BEVERLY A. FARRELL

Of Counsel:    Senior Trial Attorney
SUZANNA HARTZELL-BALLARD   Department of Justice, Civil Division
Office of the Assistant Chief Counsel   Commercial Litigation Branch
U.S. Customs and Border Protection   26 Federal Plaza, Room 346
        New York, New York 10278
        Tel.: (212) 264-0483 or 9230
        Attorneys for Plaintiff

Dated: December 26, 2023